**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
MICHELLE L. THIMESCH, Esq. (No. 140591)
JAMES A. KAESTNER, Esq. (No. 143179)
171 Front Street, Suite 102
Danville, CA 94526-3321
Tel: 925/855-8235

Attorneys for Plaintiff
WILLIAM LAWSON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LAWSON,<br><br>  Plaintiff,<br><br>v.<br><br>LYON'S RESTAURANT; BRIDGEPORT PARTNERS; YIU PUI CHAN; LYON'S OF CALIFORNIA, INC.; and DOES 1 through 50, Inclusive,<br><br>  Defendants.<br>_____/ | CASE NO. CIV. S-03-1588 FCD PAN<br>Civil Rights<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE** |

Plaintiff's access consultant, Karl Danz, having inspected the subject restaurant on March 23, 2005, and confirming that the defendants have fulfilled all terms called for under the written Settlement Agreement reached in this matter, including remediation of the parking, main entrance and restrooms facilities to provide full and equal disabled access, plaintiff hereby requests a complete dismissal with prejudice.

Dated: April 18, 2005

**Thimesch Law Offices**
TIMOTHY S. THIMESCH

*/s/ Tim Thimesch*

Attorneys for Plaintiff
WILLIAM LAWSON

**Request for Dismissal With Prejudice:**
**Case No. CIV. S-03-1588 FCD PAN**

**ORDER**

SO ORDERED.

Dated: April 18, 2005        /s/ Frank C. Damrell Jr.
                             HONORABLE FRANK C. DAMRELL JR.
                             Judge of United States District Court

*Certificate or Proof of Service by Mail, Fax or Personal Delivery*

*State of California* } ss.
*County of Contra Costa*

I, the undersigned, say: I am and was at all times herein mentioned, a resident of the County of Contra Costa, over the age of eighteen (18) years and not a party to the within action or proceeding; that my business address is Thimesch Law Offices, 171 Front Street, Suite 102, Danville, California; that on the below date, following normal business practice, I caused to be served the foregoing document(s) described as:

**JOINT STATUS REPORT WITH REQUEST FOR DISMISSAL WITHOUT PREJUDICE**
(Lawson v. Lyon's Restaurant, et al., U.S. District Court for the E. Dist. of Calif., No. CIV. S-03-1588 FCD PAN)

on the interested parties in this action, by taking a true copy thereof and conveying as follows:

| | |
|---|---|
| WILLIAM A. MARKHAM, ESQ. | STEVEN H. BOVARNICK, ESQ. |
| 402 W. Broadway Street, 4th Floor | HUNTER & BOVARNICK |
| P.O. Box 80151 | 345 Grove Street |
| San Diego, CA 92183 | San Francisco, CA 94102 |
| Facsimile: (619) 221-4400 | Facsimile: (415) 621-8700 |

☒   **See Attached Service List.**

☐   **Personal Delivery:** By personally delivering, or causing to be hand delivered through a fax-filing or messenger agency, true and exact copies of these documents to the above entitled place of business (or as indicated on the attached service list) with directions to deliver them immediately to   See Above   attorneys for the   Defendants.

☒   **Facsimile:** By facsimile transmission, from our regular facsimile machine at (925) 955-8435, at approximately _____, or soon thereafter, addressed to the following facsimile machine (☐ **Without exhibits, which are to follow by mail;** ☐ **With exhibits;** ☒ **N/A**):
     Name of Person Served:        See Above
     Facsimile Telephone No:        See Above
A facsimile machine report was printed immediately thereafter, which verified that the transmission was complete and without error.

☒   **U.S. Mail and/or Overnight:** By depositing true copies thereof, enclosed in a sealed envelope(s) with postage thereon fully prepaid, marked with the above address(es), and placed in:
     ☒     in First Class United States Mail
     ☐     in ☐ priority, or ☐ standard, overnight mail via Federal Express,
I am readily familiar with our office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at Danville, and designated overnight packages will be timely scheduled for pickup or placed in Federal Express drop boxes or left at drop centers.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury pursuant to the laws of the United States and the state of California. Executed this **April 18, 2005**, in Danville, California.

By:   *Susan MacKinnon*
      Susan MacKinnon, Legal Assistant
      (Original signed)